# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Wayne William Wilson, | Case No. 0:20-cv-01664-PJS-KMM |
| Plaintiff, | |
| v. | **ORDER** |
| McRae's US Mail Service Inc., | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated October 29, 2020. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that.

1. Defendant's Motion to Dismiss (ECF No. 4) is granted.

2. The Complaint is dismissed with prejudice for failure to state a claim.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: 11/19/20

Patrick J. Schiltz
United States District Judge